Jantour Corporation, an Illinois Corporation, James Paul DeLaney and Gene C. Davis, Plaintiffs-Appellants, v. Harry E. Mibbs, Defendant-Appellee.

Gen. No. 10,207.

Third District.

May 15, 1959.

Released for publication June 2, 1959.

Edward J. Fahey, and Louis F. Knoblock, for appellants; White & Williams, for appellee. Opinion by JUDGE REYNOLDS. **Not to be published in full.**